■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT RIVERA, Petitioner, v. JOSEPH M. PAVLAK, as Sheriff of Greene County, Respondent.—

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.

## (October 26, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM EDWARD SWEENEY, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.